

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

David Dewayne Gordon, Appellant

No. 06-16-00170-CR         v.

The State of Texas, Appellee

Appeal from the 8th District Court of Hopkins County, Texas (Tr. Ct. No. 1524841). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellant, David Dewayne Gordon, pay all costs of this appeal.

RENDERED FEBRUARY 1, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk